# ARRAIGNMENT/DETENTION/PLEA/SENTENCING MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 26-9 DLM | UNITED STATES vs. TISTA-PIOX |
|---|---|

**Before The Honorable Damian L. Martínez, United States Magistrate Judge**

| Hearing Date: | 1/2/26 | Time In and Out: | 10:08-10:14; 10:36-11:10 AM (3 MIN) |
|---|---|---|---|
| Clerk: | B. WILSON | Digital Recording: | LC – SIERRA BLANCA |
| Defendant: | JACOBO TISTA-PIOX | Defendant's Counsel: | FRANCISCO VALCARCEL |
| AUSA: | SILVIA DELGADO | Interpreter: | ENITH VALDES ORTIZ ☐ Sworn ☐ Waived |

| | |
|---|---|
| ☒ | Defendant Sworn |
| ☐ | First Appearance |
| ☐ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of: **Information** (Read in Spanish) |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**<br><br>Defendant enters a Not Guilty plea as to **COUNTS 2, 3 OF THE INFORMATION** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Sentencing Imposed: **TIME SERVED (COUNT 1), SPA WAIVED, APPEAL RIGHTS** |
| ☒ Defendant in custody | ☒ Conditions set: O/R BOND |

Other Matters: COURT SEVERS COUNTS 2 AND 3 FROM COUNT 1 DUE TO THE LEGAL INSUFFICIENCY OF THE CHARGES.

COURT ORDERS DEFENDANT'S RELEASE ON OWN RECOGNIZANCE.

GOVERNMENT MOVES TO DISMISS COUNTS 2 AND 3 BASED ON THE COURT'S RULING REGARDING RELEASE.

COURT GRANTS ORAL MOTION TO DISMISS COUNTS 2 AND 3 WITHOUT PREJUDICE.